**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Arthur Murillo Ortiz,, | ) | No. CV 05-2837-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Derek Engleman and Norma Padilla, | ) | |
| Defendants. | ) | |

The parties filed a Status Report on July 14, 2010. (Doc. 202.) The parties filed a Proposed Pretrial Order on February 8, 2010. (Doc. 171.) The Court held a status conference on August 26, 2010. (Doc. 203.)

Accordingly,

**IT IS ORDERED** that a Jury Trial is set for **Tuesday, October 19, 2010 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the attorneys for each party shall participate in a Final Pretrial Conference on **Tuesday, September 28, 2010 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the parties file a Joint Status Report by **September 22, 2010**, updating the Court on the status of the case and notifying the Court of any issues that need to be resolved prior to trial. See Fed.R.Civ.P. 7(b).

**IT IS FURTHER ORDERED** that the parties shall file their revised proposed jury instructions, revised proposed voir dire questions, revised proposed juror questionnaires, and revised proposed forms of verdict **no later than thirty (30) days before trial.**

**IT IS FURTHER ORDERED** that any motions in limine shall be filed **no later than thirty (30) days before trial**.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement. If a settlement is reached, the parties shall file a Notice of Settlement with the Clerk of the Court and a Stipulation to Dismiss this action with a proposed form of order.

DATED this 27th day of August, 2010.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge